# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD THEODORE FULLER,<br><br>Defendant. | **Case No. CR-17-05-BLG-SPW**<br><br>**ORDER TO VACATE CHANGE OF PLEA HEARING** |

Defendant **Donald Theodore Fuller,** having filed a Motion to Vacate Change of Plea hearing,

Wherefore, IT IS ORDERED:

That the change of plea hearing for Defendant **Donald Theodore Fuller,** presently set for Tuesday, December 19, 2017, at 9:00 a.m., is **VACATED**.

DATED this 19th day of December, 2017.

_____
TIMOTHY J. CAVAN
U. S. MAGISTRATE JUDGE