IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAR 14 2018
Clerk, US District Court
District of Montana - Billings

| UNITED STATES OF AMERICA, | CR 17-05-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| DONALD THEODORE FULLER, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 44). Defendant Donald Theodore Fuller appeared before the Court on December 22, 2017, and entered a plea of guilty to Count I of the Indictment. He also admitted the forfeiture allegation. Fuller's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853.

IT IS ORDERED:

THAT Fuller's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 21 U.S.C. § 853:

- $79,835 in U.S. Currency;
- A 2006 Dodge Ram Mega Cab Pickup, bearing VIN # 3D7KS19DXG283175;

1

- A .40 caliber Springfield XD-40 handgun (serial number US252895); and
- A .45 caliber Kimber handgun (serial number K533789).

THAT the United States Marshals Service and the Drug Enforcement Administration are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 14th day of March, 2018.

SUSAN P. WATTERS
United States District Court Judge