FILED

NOV 29 2018

Clerk, US District Court
District of Montana - Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-05-BLG-SPW |
| Plaintiff, | |
| vs. | |
| DONALD THEODORE FULLER, | FINAL ORDER OF FORFEITURE |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 59).  Having reviewed said motion, the Court FINDS:

1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853;

2.    A Preliminary Order of Forfeiture was entered on March 14, 2018;

3.    All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.    There appears there is cause to issue a forfeiture order under 18

U.S.C. § 924(d) and 21 U.S.C. § 853;

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture is GRANTED.

2.    Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. §, free from the

claims of any other party:

- $79,835 in U.S. Currency;
- A 2006 Dodge Ram Mega Cab Pickup, bearing VIN # 3D7KS19DXG283175;
- A .40 caliber Springfield XD-40 handgun (serial number US252895); and
- A .45 caliber Kimber handgun (serial number K533789).

3.    The United States shall have full and legal title to the forfeited property

and may dispose of it in accordance with law.

Dated this _29th_ day of November, 2018.

Susan P. Watters
SUSAN P. WATTERS
United States District Court Judge